IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Jose Cortez De Jesus, individually and on behalf of all similarly situated employees, Plaintiff<br>v.<br><br>MVP Workforce, LLC, and Lawrence Gold individually, Defendants | Case No. 1:15-cv-4072<br><br>Judge: Milton I. Shadur |

## JOINT STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys and/or otherwise, and pursuant to Fed. R. Civ. P. 41(a)(1), the following:

1. The parties have reached a settlement of the above-captioned action.

2. The parties therefore stipulate that this matter shall be dismissed in its entirety, **with prejudice**, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.

Respectfully submitted,

| | |
|---|---|
| s/ Susan J. Best<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646 | s/ Britney Zilz<br>Korey Richardson LLC<br>20 S. Clark, Suite 500<br>Chicago, IL 60603 |